**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DR. AIMEE JOKERST )
 )
Plaintiff, )
 )
v. )            Case No. 4:26-CV-01049-JMB
 )
LOGAN UNIVERSITY, INC., )
 )
Defendant. )

**MEMORANDUM TO THE COURT**

Plaintiff has received a message from Defendant's counsel that it does not object to Plaintiff's Motion for Leave to File Out of Time.

Respectfully Submitted,

**GHIO LAW FIRM LLC**

By:  /s/ *Matthew J. Ghio*
Matthew J. Ghio MO #44799
3115 S. Grand, Suite 100
St. Louis, Mo 63118
314-707-5853 phone
314-732-1404 fax
matt@ghioemploymentlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2026, the foregoing Memorandum to the Court was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri using the CM/ECF system.  I further certify that the CM/ECF system will automatically send notification of such electronic filing to all counsel of record who are registered CM/ECF participants.

*/s/ Matthew J. Ghio*

1